IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.8:03CR243** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **JOSEPH SAUL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED:

1. The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 70) is denied with prejudice;

2. The Defendant's Motion to Proceed In Forma Pauperis (Filing No. 71) is denied as moot;

3. The Defendant's Motion to Appoint Counsel (Filing No. 79) is denied;

4. The Defendant's Motion for an Evidentiary Hearing (Filing No. 78) is denied;

5. The Clerk is directed to mail a copy of this Memorandum and Order and Judgment to the Defendant at his last-known address.

DATED this 30th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge