IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR243** |
| **Plaintiff,** | ) ) | |
| | ) | **ORDER** |
| **vs.** | ) ) | |
| **JOSEPH SAUL,** | ) ) | |
| **Defendant.** | ) ) | |

By Order of this Court, defendant may proceed on appeal in forma pauperis. In a previous Order (Filing No. 115) this court denied a Certificate of Appealibilty.

IT IS SO ORDERED.

DATED this 10th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge