IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:03CR243 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSEPH SAUL, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the order [125] entered by Judge Laurie Smith Camp on August, 30, 2006, the Federal Public Defender has determined they have a conflict of interest; therefore,

**IT IS ORDERED** that **David F. Eaton** is appointed as attorney of record for the above-named defendant.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Mr. Eaton.

DATED this 12th day of September, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge